CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 08, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| **IN RE GRAND JURY EMPANELMENT,** | )<br>)     **ORDER**<br>) Case Number: **1:24mc9** |

By Summons issued April 9, 2024, Wyatt Allan S. Bridges was summonsed to appear for jury duty on May 7, 2024. On May 7, 2024, Bridges did not appear as summonsed and did not request to be excused from appearance. Therefore, it is **ORDERED** that Wyatt Allan S. Bridges shall appear before the undersigned at the United States Courthouse, 180 West Main Street, Abingdon, Virginia, at 10:30 a.m., September 3, 2024, **to show cause why he should not be held in contempt of court for failing to appear as summonsed.**

It is further **ORDERED** that the U.S. Marshals Service shall serve a certified copy of this Order on Bridges in Wise, Virginia 24293-4745. Bridges is advised that, if he does not appear as required by this Order, a warrant may be issued for his arrest.

The Clerk's Office shall provide a copy of this Order to the United States Attorney's Office and the U.S. Marshals Service.

ENTER: August 8, 2024.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE